PHILLIP A. TALBERT
United States Attorney
ROBERT VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

**FILED**

**May 29, 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES | CASE NO.   1:24-mj-00064 BAM |
| v. | **UNDER SEAL** |
| FERNANDO ARELLANO, ISAIAH SERENA, JASON MOTT and DAVID GONZALES | SEALING ORDER |

Good cause appearing, IT IS HEREBY ORDERED that the file in the above-captioned matter shall be SEALED until otherwise ordered by the Court upon arrest of the defendants.

DATED:    5/28/24

Hon. Barbara A. McAuliffe
United States Magistrate Judge

SEALING ORDER

1