ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GONZALES,<br><br>Defendants. | CASE NO. 1:24-CR-00135-TLN-BAM<br><br>STIPULATION TO RESET SENTENCING; ORDER |

Defendant David Gonzales has is set for sentencing on October 6, 2025. The parties need more time to prepare for sentencing and request the matter be reset to **October 20, 2025, at 10:0 a.m., in Courtroom 5 before District Judge Dale A. Drozd**. No exclusion of time is needed as the matter is set for set for sentencing.

Dated: September 30, 2025                                  Respectfully submitted,

                                                            ERIC GRANT
                                                            United States Attorney

                                                  By       /s/ Robert L. Veneman-Hughes
                                                            ROBERT L. VENEMAN-HUGHES
                                                            Assistant United States Attorney


Dated: September 30, 2025                         By:      /s/ Anthony Capozzi
                                                            Anthony Capozzi
                                                            Attorney for Defendant
                                                            David Gonzales

Stipulation to Reset Sentencing                             1

**ORDER**

It is so ordered that dates be reset as above.

Dated: September 30, 2025

_____
Troy L. Nunley
Chief United States District Judge